IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 22-cv-651-SMY |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| GENERAL MEDICINE, P.C., ET AL., | ) |
| | ) |
| Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

For good cause shown, the parties' Joint Motion to Appoint Private Mediator (Doc. 60) is **GRANTED**. Accordingly, IT IS HEREBY ORDERED that Michael J. Reagan is assigned to serve as Mediator for this action. The Mediator's contact information is as follows:

190 Carondelet Plaza, Suite 1100, Clayton, MO 63105

313-209-8861

ADayne@jamsadr.com

IT IS FURTHER ORDERED that counsel will participate in the mediation proceedings in good faith. The parties will confer with the Mediator regarding scheduling the Mandatory Mediation Session and additional mediation sessions (if any), bearing in mind the deadlines for completion of the Mandatory Mediation Session and all Mandatory Mediation Proceedings set forth in the Court's Scheduling Order.

**IT IS SO ORDERED.**

**DATED: 1/3/2023**

*Staci M. Yandle*

**Staci M. Yandle**
**United States District Judge**
